IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:10CR110 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| KEVIN M. JONES, | ) | |
| | ) | |
| Defendant. | ) | |

    This matter is before the court on the motion of Shannon P. O'Connor to withdraw as counsel for the defendant, Kevin M. Jones (Jones) (Filing No. 14). Mr. O'Connor represents he has a conflict of interest in this matter. Mr. O'Connor's motion to withdraw (Filing No. 14) is granted. Brent M. Bloom, 416 South 14th Street, Omaha, NE 68102 (402) 342-2833, is appointed to represent Jones for the balance of these proceedings pursuant to the Criminal Justice Act. Mr. O'Connor shall forthwith provide Mr. Bloom with the discovery materials provided the defendant by the government and such other materials obtained by Mr. O'Connor which are material to Jones's defense.

    The clerk shall provide a copy of this order to Mr. Bloom, and Mr. Bloom shall enter his appearance in this matter forthwith.

    **IT IS SO ORDERED.**

    DATED this 29th day of March, 2010.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge